### EMILIO CASTILLO V. THE STATE.

No. 9598.   Delivered December 2, 1925.

**Manslaughter—Evidence—Held, Sufficient.**

There are no bills of exception, and no objection to the court's charge
appear in the record. The statement of facts discloses that the evidence
was entirely sufficient to support the verdict, and the cause is affirmed.

Appeal from the District Court of Medina County. Tried below before the Hon. L. J. Brucks, Special Judge.

Appeal from a conviction of manslaughter, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is manslaughter and the punishment is five years in the penitentiary.

There are no bills of exceptions in the record and no objections to the charge of the court. We have examined the statement of facts and it is entirely sufficient to support the verdict.

Finding no error in the record, the judgment is in all things affirmed.                                      *Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.